UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| LIBERTY CORPORATE CAPITAL, LTD., | ) | |
|---|---|---|
| Plaintiff | ) | Civil Action No. 1:09-CV-765 |
| v. | ) | |
| DELTA PI CHAPTER OF LAMBDA CHI ALPHA, JOHN FERRELL CASSADY, LINWOOD BRADY LONG, BRIAN THOMAS MCELROY, ROBERT LAWRENCE OLSON, ALSO KNOWN AS ROBERT S. OLSON, JR., AND JOHN LEE MYNHARDT | ) | |
| Defendants | ) | |

### PLAINTIFF LIBERTY CORPORATE CAPITAL, LTD.'S REQUEST TO CLERK FOR ENTRY OF DEFAULT AGAINST DEFENDANT DELTA PI CHAPTER OF LAMBDA CHI ALPHA

Plaintiff, Liberty Corporate Capital, Ltd., ("Liberty"), by and through its attorneys, respectfully requests that the Clerk of the United States District Court for the Middle District of North Carolina enter a default on the docket of Defendant Delta Pi Chapter of Lambda Chi Alpha pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead, answer or otherwise defend against the allegations in Liberty's Complaint. In support of its request, Liberty submits the accompanying Affidavit of Nolan C. Burkhouse.

DATED this 4th day of March, 2010.

BY: /s/ Nolan C. Burkhouse
Nolan C. Burkhouse, Esq.
Paul Frank + Collins P.C.
P.O. Box 1307
Burlington, VT 05402-1307
Tel: (802) 658-2311
Fax: (802) 658-0042
nburkhouse@pfclaw.com

AND

1

BY: /s/ Stan B. Green
Stan B. Green
N.C. State Bar No. 25539
Andrew L. Fitzgerald
N.C. State Bar No. 31522
Strauch, Fitzgerald & Green, P.C.
118 South Cherry Street
Winston-Salem, NC 27101
Telephone: (336) 725-8688
Facsimile: (336) 725-8867
afitzgerald@sfandglaw.com
sgreen@sfandglaw.com
*Attorneys for Plaintiff*

815632_v1: 8063-00050

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2010, I electronically filed the above *PLAINTIFF LIBERTY CORPORATE CAPITAL, LTD.'S REQUEST TO CLERK FOR ENTRY OF DEFAULT AGAINST DEFENDANT DELTA PI CHAPTER OF LAMBDA CHI ALPHA,* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Andrew Fitzgerald, Esq. – afitzgerald@sandflaw.com
> Stanley B. Green, Esq. – sgreen@sandflaw.com
> Michael Scott Petty, Esq. – mpetty@michaelpettylaw.com
> Richard L. Pinto, Esq. – rpinto@pckb-law.com

and I hereby certify that I have mailed the document to the following non-CM/ECF participants:

| | |
|---|---|
| Mr. A.L. Butler Daniel, Esq.<br>1133 Military Cutoff Road, Suite 210<br>Wilmington, NC 28405 | Mr. Gregory A. Wendling, Esq.<br>426 West Friendly Avenue, Suite A<br>Greensboro, North Carolina 27401<br>*Attorney for Brian McElroy* |
| Mr. Christopher Markwood<br>President<br>Delta Pi Chapter, Lambda Chi Alpha<br>2975 Campus Box<br>Elon College<br>Elon, NC 27244-2009 | Jim Phillips, Esq. and John Buford, Esq.<br>Brooks Pierce Law Firm<br>2000 Renaissance Plaza<br>230 North Elm Street<br>Greensboro, NC 27401<br>*Attorneys for Linwood Brady Long* |

DATED: March 4, 2010          Respectfully submitted,

/s/ Nolan C. Burkhouse
Nolan C. Burkhouse, Esq.
Paul Frank + Collins P.C.
nburkhouse@pfclaw.com

3