Page 1

```
 1   STATE OF NORTH CAROLINA   ) IN THE GENERAL COURT OF JUSTICE
                               )     SUPERIOR COURT DIVISION
 2   COUNTY OF GUILFORD        )         08-CVS-7917

 3

     JOHN LEE MYNARDT,                   )
 4                       Plaintiff,      )
         vs.                             )
 5                                       )
     ELON UNIVERSITY, LAMBDA CHI ALPHA,  )
 6   INC., DELTA PI CHAPTER OF LAMBDA    )
     CHI ALPHA AND CLINTON JOSEPH        )
 7   BLACKBURN, JOHN FERRELL CASSADY,    )
     CHARLES KENNETH CALDWELL, JR.,      )
 8   DAVID WILLIAMSON WELLS, LINWOOD     )
     BRADY LONG, BRIAN THOMAS McELROY,   )
 9   and WILLIAM JOSEPH HARTNESS and     )
     ROBERT OLSON,                       )
10                       Defendants.     )
11
12
13
14
15           The deposition upon oral examination of JOHN F.
16
17   CASSADY, taken pursuant to Notice and in accordance with the
18
19   North Carolina Rules of Civil Procedure before Rebecca J.
20
21   Huddy, Notary Public, at the offices of Pinto, Coates, Kyre
22
23   & Brown, 3203 Brassfield Road, Greensboro, North Carolina,
24
25   on the 11th day of March, 2009, beginning at 9:30 a.m.
```

Reported By: Rebecca J. Huddy                        www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208     (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 1 of 34

1        and she decorated the house a little bit.

2   Q.   How many people came to that party?

3   A.   Not too many.

4   Q.   What does that mean?

5   A.   There was about 40.

6   Q.   Okay.  All right.  And was that -- that wasn't a party

7        that was registered, was it?

8   A.   No, sir.

9   Q.   How many times has Chief Gantos been to that house?

10  A.   I don't know.

11  Q.   Okay.  More than once?

12             MR. HARTZOG:  Objection.

13  A.   Possibly.

14  Q.   All right.  Now, what about -- what's his name -- Scott

15       Nelson, do you know Scott Nelson?

16  A.   Yes.

17  Q.   How many times had he been to 211?

18             MR. HARTZOG:  Objection.

19  A.   I don't remember.  I don't think he'd ever been there.

20  Q.   Okay.  So you don't think he'd ever been?

21  A.   I don't know if either one of them had ever been there,

22       him or Chuck Gantos.

23  Q.   All right.  Was Gantos aware that -- did you know

24       Gantos personally?

25  A.   Yes, sir.

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 2 of 34

John Lee Mynardt v. Elon University, et al.
John F. Cassady

08-CVS-7917
March 11, 2009

Page 61

```
 1        our house on who was there and made sure that we knew
 2        everyone that was there.
 3   Q.   Okay.  And why did you do that?
 4   A.   Just we wanted to know -- or we wanted to know who was
 5        there personally or, you know, if it was one of our
 6        friend's friends, they would let us know that they were
 7        with them and, you know, we wanted to know we could
 8        trust them just to be at our house.
 9   Q.   And then if someone who was there who was not invited
10        or known, that's someone that you would feel needed to
11        be removed from the party or asked to leave?
12   A.   If they were causing trouble, then that would seem
13        legitimate, yes.
14   Q.   Okay.  All right.  So they would only be asked to leave
15        if they were causing problems, not if they were
16        uninvited or you didn't know them?
17   A.   It just depended on who you were dealing with and at
18        what time it was and -- but -- can you repeat the
19        question.
20   Q.   My question is, there's been, I guess, defenses raised
21        in this case that Lee Mynhardt was uninvited and he was
22        a trespasser at this party, and I'm just exploring that
23        a little bit with you.
24   A.   Uh-huh.
25   Q.   And as I understand what you're saying, when you had
```

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 3 of 34

```
 1        these parties either at 211 or Sunset or Sheridan, you
 2        didn't have a guest list, did you?
 3               MR. TIERNEY:  Objection.
 4   A.   No, sir.
 5   Q.   All right.  So -- and if someone came in that you
 6        didn't necessarily recognize but they appeared to be a
 7        college student at Elon, you didn't immediately as a
 8        rule throw them out because they weren't invited,
 9        correct?
10   A.   Correct.
11   Q.   Okay.  So you made a decision as to whether or not
12        somebody needed to be asked to leave or thrown out of
13        the party, right?
14   A.   Just depending on the factors surrounding it.
15   Q.   Sure.  And -- but it wasn't an absolute that if they
16        were uninvited, they shouldn't be there, true?
17   A.   True.
18   Q.   Okay.  And in 2007 when these events occurred, did you
19        understand that as a person who possessed that house --
20        you understood you rented the house, right?
21   A.   Uh-huh.
22   Q.   You understood that?
23   A.   Yes, sir.
24   Q.   You and your roommates?
25   A.   (Witness nods head)
```

Reported By: Rebecca J. Huddy          www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208    (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 4 of 34

1          quick break?

2                    MR. DANIEL:  Sure.

3                    (Brief recess)

4     Q.   All right, sir.  We're back on the record.  You

5          understand that you're still under oath?

6     A.   Yes, sir.

7     Q.   All right.  You can refer to Exhibit 3 if you want to,

8          but it looks like the floor at 211 where the kitchen is

9          and into the living room was kind of a -- what was that

10         material?

11    A.   Like a linoleum material.

12    Q.   All right.

13    A.   Yes.

14    Q.   And the party that -- where Lee was hurt, do you

15         remember that party?

16    A.   Yes, sir.

17    Q.   Okay.  It was kind of snowing out that night or

18         sprinkling rain or slush?  Is that your recollection?

19    A.   I remember the week -- and it might have been that day

20         as well, but the week before it was -- it was very

21         rainy and it was still in February.  It was fairly cold

22         as well.

23    Q.   Okay.  And you guys had a -- obviously you had a keg in

24         the house?

25    A.   Yes, sir.

Reported By: Rebecca J. Huddy                    www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208    (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 5 of 34

Page 66

```
 1    Q.    You were playing beer pong?

 2    A.    Yes.

 3    Q.    Okay.  And all of these things, keg, ice, beer pong,

 4          and if it's wet outside, those are things that can

 5          track it onto the floor or spill onto the floor, right?

 6    A.    Yes, sir.

 7    Q.    And that's something that you would have been aware of?

 8          In other words, that's a possibility that you would

 9          have been aware of back when this party was going on?

10    A.    Yes.

11    Q.    That the floors could get slippery?

12    A.    Yes.

13    Q.    All right.  And was there any efforts made to check the

14          floors to see if they were becoming slippery or to put

15          sawdust down on the floors or salt or mop the floors or

16          anything of that nature during the course of this party

17          that you recall?

18    A.    I did not do anything like wipe up the floors.  I can't

19          speak for my roommates or anybody else there, but I

20          didn't --

21    Q.    Okay.

22    A.    -- do anything to prevent it from being slippery.

23    Q.    All right.  And you recognized that someone could have

24          slipped and fallen on the floor?

25                  MR. TIERNEY:  Objection.
```

Reported By: Rebecca J. Huddy                        www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208     (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 6 of 34

```
 1        just -- neither of us had talked to him for a while and
 2        we wanted to see how he was doing.
 3   Q.   All right.  And tell me what happened.  What
 4        happened -- describe for me what happened that led to
 5        Lee getting hurt.
 6   A.   Well, we were talking in the hallway --
 7   Q.   Yep.
 8   A.   -- just talking about -- Jackson Kerzinso [phonetics]
 9        is his name and I -- like I said, I had to go to the
10        bathroom and I knocked on the door, noticed the door
11        was closed and locked, so I knocked on the door, and I
12        thought I heard someone say, Hold on, just a second.
13                And then -- so, you know, we were in a
14        conversation, so didn't think much of it, and I didn't
15        have to go to the bathroom, you know, really bad, so we
16        were just talking, and then a few minutes later, I
17        don't know how long, maybe five, five to ten minutes --
18        I mean, it was a while, a few minutes later, I was like
19        thinking to myself, you know, didn't somebody just say
20        Hold on in the bathroom.
21                So I knocked again and I didn't hear anything
22        this time.  So what went on in my mind was that, well,
23        maybe nobody's in the bathroom, maybe I just heard
24        somebody from my room, which is very close, say
25        something and thought that was Hold on from the
```

Reported By: Rebecca J. Huddy                        www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208    (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 7 of 34

John Lee Mynardt v. Elon University, et al.
John F. Cassady
08-CVS-7917
March 11, 2009

Page 81

 1   bathroom.

 2          So I ultimately went into the bathroom

 3   thinking that no one probably was in there, that it

 4   was -- in my house I had actually done it before,

 5   locked the inside lock, locked it from the inside and

 6   then accidentally closed it. I'd done it in my room.

 7   So I knew -- I was like, well, maybe that's what

 8   happened.

 9          So I took out a credit card or some kind of

10   card in my wallet and just got in with that, thinking

11   that no one was going to be in the bathroom.

12   Q.   Okay. So then what happened? Let me ask you this,

13        though, about that. So you took your credit card and

14        you slid it between the door?

15   A.   Yes, sir.

16   Q.   And so you would have pushed your credit card up

17        against the curved side of the hammer and pushed the

18        hammer back?

19   A.   Right.

20   Q.   Okay. Go ahead.

21   A.   I guess that's how it works.

22   Q.   Yeah.

23   A.   So anyways, so I walked in with the intention that

24        maybe -- I thought no one was there, you know, but I

25        thought I might have heard something, I wasn't

Reported By: Rebecca J. Huddy                    www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208    (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 8 of 34

Page 82

```
1        positive, but -- and when I walked in my bathroom,

2        there's a countertop on the left side, the whole left

3        side of the bathroom, and I saw two people over there

4        and I was kind of shocked.  I mean, I didn't know why

5        people were in my house, you know.  I didn't recognize

6        them.

7              So I -- I told them, I was like, Will y'all

8        get out of my house, you know, Will you please get out

9        of my house.  And then the door closed, but I caught it

10       before it closed the first time, and then I said, Will

11       y'all please get out of my house.

12             And then the next thing that happened was the

13       door closed again, and this time it was still locked,

14       because when you open a door like that, it's still

15       locked and -- so I was locked out again of the

16       bathroom, and I was getting pretty upset, because I had

17       told these people to leave my house a couple times and

18       it seemed like they were refusing to.

19             So I got upset and I yelled, Will y'all get

20       the fuck out of my house.  I was pretty upset at the

21       time, because I didn't know these people, I wasn't

22       prepared to see that, and so that's when -- by the way,

23       when I was in there, I remember seeing a girl sitting

24       on the countertop and a guy was sitting -- standing up,

25       and the girl had her shirt off -- I don't know if it
```

Reported By: Rebecca J. Huddy                    www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208      (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 9 of 34

```
 1     was just undone or if it was completely off, but I

 2     remember seeing a bra, but -- and I -- I just figured

 3     two people were hooking up that I didn't know in my

 4     bathroom and it seemed kind of awkward and it seemed

 5     just very, very shocked that it was going on.

 6            And then once they refused basically to get

 7     out, I got upset and raised my voice a little bit, and

 8     that's when -- the third time -- I believe it was --

 9     yeah, after the third time that I said to get out of

10     the house and I raised my voice, Mr. Mynhardt came

11     outside of the bathroom and he seemed mad because I was

12     yelling at them, and he approached me, seemed pissed

13     off and he pushed me a couple times just in the chest

14     area, not pushed me down or anything, pushed me real

15     hard, but I felt fairly threatened.

16            And then I -- and I've never been the type of

17     person to ever get in a night.  I've actually never

18     gotten in a fight in my life, so I -- and Clint

19     Blackburn knows that.  He's -- I've known him for a few

20     years and he knew that, and I think that's why he -- he

21     grabbed Lee, to stop him from -- because I'm not that

22     type of guy to get in a fight and I know he knew I felt

23     threatened and that's why I imagine that he grabbed

24     him, and right when he grabbed him, he said -- he

25     grabbed him like in a bear hug at first to -- because
```

Reported By: Rebecca J. Huddy                    www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208    (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 10 of 34

1     his arms were out like pointing fingers at me and

2     pushing me and he wanted to get control of his arms.

3            And that's when Clint said, Jack, get the

4     door, I'm going to get this guy out of here.  So

5     that -- ultimately what I wanted is just for them to

6     leave, because that's what I wanted from the start, and

7     then especially I felt very threatened, I wanted them

8     out of my house, didn't know these people.

9  Q.  Uh-huh.

10 A.  And that's when -- when we -- Clint told me that, and

11    so I'm walking to the door down the hallway.

12 Q.  Was that to help him get him out of the house?

13 A.  Right -- oh, I was going to open the door because Clint

14    had his hands full.

15 Q.  That was to facilitate the removal of Lee from the

16    house, right?

17 A.  To --

18 Q.  That's what -- you were doing that to help him get him

19    out of the house?

20 A.  Yes, sir -- open the door?

21 Q.  All right.  Yeah, okay.  Go ahead.

22 A.  So I'm in front of them, you know, a few steps.  I

23    mean, obviously I'm being -- I'm quicker than them, you

24    know.  I was glancing back to see what was going on,

25    you know, and when I got -- where's that -- well --

```
 1              (Cassady Exhibit No. 6 was marked for

 2         identification by Mr. Daniel.)

 3    Q.   Exhibit 6 you're looking at is a diagram.  I think it

 4         was drawn as a part of the investigation.  This is what

 5         you're looking at.  If you could -- if it helps you, go

 6         ahead.

 7    A.   Well, the bathroom was here (Indicating) and then as

 8         they got -- they were -- you know, like I said, I was

 9         in front of them, so I glanced back, I saw Lee was --

10         was fighting to get out of the hold.

11    Q.   What hold?

12    A.   The bear hug hold.

13    Q.   All right.

14    A.   And then when they got close to the living room area, I

15         guess it's where that X is, he got out kind of down on

16         a knee and got out, and that's when Clint regripped on

17         him.  He regripped him into a hold -- like a nelson

18         type hold --

19    Q.   Okay.

20    A.   -- just to -- because he was getting out, his arms --

21         you know, he was getting out of the hold and he wanted

22         to have a better grip on him in order to get him out of

23         the house.

24    Q.   Uh-huh.  Is that when he got him into the full nelson?

25    A.   Yes, sir.
```

Page 86

1   Q.   All right.  Go ahead.

2   A.   And then so that's when -- you know, he said it again,

3        he said, Jack, go get the door, you know, I'm going to

4        get this guy out of here.

5             And that's when I went and I opened the door,

6        and as I was opening the door, I'm not sure how it was

7        instigated, but they fell, and when I was opening the

8        door -- I don't know if it was when the door was

9        completely open or if while I was opening it, but I saw

10       them hit.  I saw Lee hit his head very hard on the

11       floor right -- they were close to the door, I mean,

12       very close to just getting him out and it being over, a

13       few feet, a couple yards, you know, that close, and

14       that's when -- when Clint -- where was I?

15  Q.   They fell -- they fell and Lee hit his head hard.

16  A.   Right.

17  Q.   Yeah.

18  A.   Lee hit his head really hard, and from then, you know,

19       I -- I believe that I saw -- I believe Lee was on his

20       back and I remember everybody saying like, Get up, you

21       know, You're fine, and -- you know, I personally

22       thought that he hit his head and it kind of stunned

23       him.

24  Q.   What part of his head hit the floor hard?

25  A.   I believe it was the side.  It could have been the

```
 1          back, but it was one -- in this area (Indicating), from
 2          what I remember.
 3     Q.   And you're motioning to the back side above the ear?
 4     A.   Yes, sir.
 5     Q.   Okay.  Go ahead.
 6               MR. WENDLING:  On the right?
 7     Q.   On the right?
 8     A.   Yeah, on the right, yes, sir.
 9               MR. DANIEL:  Thank you.
10     A.   And I remember right after it happened, Clint kind of
11          fell on top of him a little bit and -- but not like --
12          Clint didn't fall extremely hard, but -- because I
13          remember him getting up fairly quickly and -- but what
14          I saw mostly was just his head hit that linoleum floor
15          really hard, and right after that happened, I saw
16          someone kick him, and I'm not 100 percent sure of who
17          that was, but I did see a kick occur, not a very hard
18          kick and it seemed like it was in the side.
19     Q.   You don't know who kicked him?
20     A.   I'm about 95 percent sure that it was Brady Long, but
21          I'm not 100 percent sure about that.
22     Q.   Okay.
23     A.   And so from there --
24     Q.   Where did Brady Long kick him?
25     A.   It was in the side.
```

Reported By: Rebecca J. Huddy                                  www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208    (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 14 of 34

```
 1                  MR. TIERNEY:  Object to form.
 2    Q.    Okay.  All right.  So Brady Long you're 95 percent sure
 3          kicked him?
 4    A.    90, 95.  I wasn't -- I was looking at Mr. Mynhardt on
 5          the ground and I saw a kick occur and I'm pretty sure
 6          it was him.
 7    Q.    Brady Long is a friend of yours, right?
 8    A.    Yes, we've known each other for -- since first of
 9          college.  He lived in my dorm.
10    Q.    Okay.  You don't have anything against Brady Long, do
11          you?
12    A.    No, no, I do not.
13    Q.    Okay.
14    A.    We've always been friends.
15    Q.    All right.  Go ahead.  Did you hear Lee say, I can't
16          move my legs?
17    A.    Well -- so after that happened, I remember Lee was
18          like, No, I'm hurt, and everybody -- and everybody that
19          was there was like, No, you're fine, just get up, and
20          Mary Kate was like, Just get up, we need to go,
21          encouraging him to get up.
22                  And then that's when -- I was like -- I told
23          Chad Caldwell, I said, Chad, let's get him up and get
24          him out of here.  So we lifted him up from the
25          position -- he was already close to the door, so we
```

Reported By: Rebecca J. Huddy                              www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208   (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 15 of 34

1       lifted him up and we had not moved very far and we were

2       on the threshold of the inside and outside and his legs

3       were going outside first and I -- and he was like, No,

4       no, like really, I'm seriously hurt, getting angry

5       because he -- you know, he knew what he was feeling and

6       we couldn't -- you know, I didn't believe him, though,

7       at first, because he -- I didn't know him, he was in my

8       house, he seemed to want to fight me, seemed fairly

9       belligerent at first, and so I didn't -- but I didn't

10      know and I didn't believe him.

11              But finally, you know, he was like, No, this

12      is serious, like let me down.  So I was like, Chad,

13      let's just let him down, and so we let him down right

14      there at that threshold like I said.

15              From then I remember everybody still -- like

16      Lee was upset.  It was hard for me to understand him,

17      because -- and I didn't know this at first, but he has

18      an accent and I didn't know what he was saying at

19      first, so I couldn't tell what he was saying, but -- I

20      mean, I was just like, Please, just get up, you're

21      okay, and everybody was saying that, and I don't know

22      when exactly it was, but I turned around and -- I mean,

23      everybody thought that it was just -- it was just he

24      hit his head hard and he seemed kind of stunned and it

25      wasn't anything that serious.

Reported By: Rebecca J. Huddy                    www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208    (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 16 of 34

```
 1         I didn't think it was that serious and I wasn't -- I
 2         didn't believe Lee at the time.  I just thought that he
 3         was being belligerent, and finally once you hear
 4         something enough, you know, I just -- it triggered me
 5         to think, yeah, this -- something is serious here.
 6    Q.   Okay.  If you'd have believed him initially, you
 7         wouldn't have moved him, right?
 8    A.   Right, absolutely.
 9    Q.   All right.  Now, how much had you had to drink that
10         night?
11    A.   I didn't have that much.  I mean, we had to get up for
12         the -- it wasn't -- no one was planning on, you know,
13         drinking a whole lot.  We had to get up for the Wing
14         Bowl the next day, set up for that and get everything
15         ready for that, and I had gotten back and I -- probably
16         throughout the course of the night from -- started
17         about 8:30, I had about eight beers.
18    Q.   Okay.  And what do you mean by eight beers?  Do you
19         mean cups?
20    A.   Yeah, just --
21    Q.   How big were the cups, sixteen ounces?
22    A.   No.  The cups that they give you aren't -- they're not
23         even twelve ounces.  They're like --
24    Q.   Okay.
25    A.   -- ten ounces or -- I'm not sure, eight ounces -- no,
```

Reported By: Rebecca J. Huddy                        www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208    (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 17 of 34

1  A.  I don't know.

2  Q.  All right.

3  A.  I mean, I couldn't tell you.

4  Q.  All right.  You know Clint pretty -- you've known him

5      since you were a kid, right?

6  A.  Since about high school.

7  Q.  All right.  Were you guys charging -- I don't have any

8      reason to think you were, but were you charging guests

9      for beer?

10 A.  Usually what happened was, he -- the Epsilon would

11     collect money from fraternity members, and also other

12     guests, friends that showed up would pay for it as

13     well.

14 Q.  Okay.  All right.  Do you know whether or not that was

15     done this night?

16 A.  I'm not sure.  Usually it is.

17 Q.  Okay.

18 A.  But I'm not positive about that.

19 Q.  All right.  Do you know Mary Kate Kelly, Mary Katherine

20     Kelly?

21 A.  No, I don't.

22 Q.  Did you know her before this event occurred?

23 A.  No, sir.

24 Q.  Have you ever talked to her about what happened?

25 A.  No, sir.

Reported By: Rebecca J. Huddy                         www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208    (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 18 of 34

Page 97

1   Q.   So you know of no reason that she would have to lie
2        about what happened that night?
3             MR. WENDLING:  Objection.
4   Q.   Do you know of any motivation she would have to be
5        untruthful?
6   A.   The fact that I didn't know her and she did know Lee,
7        that could be a reason to.  But other than that, I
8        mean, we didn't know each other, so she has nothing
9        against me.
10  Q.   Okay.  You said the fact that you didn't know her and
11       the fact that she didn't know Lee.  What are you --
12  A.   She did know Lee.
13  Q.   Oh, I got you, I got you, I got you.  Other than that?
14  A.   No.
15  Q.   Any other thing you're aware of?
16  A.   No, sir.
17  Q.   When you saw them in the bathroom, you say that Mary
18       Kate's shirt was unbuttoned to where her bra was --
19  A.   I did see her bra and I don't know if it was off or
20       unbuttoned, but I remember seeing her bra.
21  Q.   Okay.  All right.  So was she wearing a tank top?  Was
22       she wearing a button-up shift?
23  A.   I don't recall.
24  Q.   And did Lee have any of his clothes off?
25  A.   I'm not positive.  I don't think so, though.

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 19 of 34

Page 102

```
 1        what is beer pong?

 2   A.   Just a game, you throw a pingpong ball into a beer cup

 3        across the table.

 4   Q.   Okay.  Were you guys ever caught doing that at the

 5        fraternity house when you weren't supposed to?

 6   A.   I believe so while I was living there, yes, sir.

 7   Q.   All right.  When Clint had Lee either in a bear hug or

 8        in a full nelson, there was a passage of time during

 9        which you could have told Clint to let Lee go, correct?

10   A.   Yes, sir.

11   Q.   All right.  And you did not do that, correct?

12   A.   No, sir.

13   Q.   Did Lee ever threaten you verbally?

14   A.   When he came out of the bathroom, I felt threatened.

15        He was yelling at me.  I don't know what he was saying.

16        Seemed like he was cussing at me, but I can't be sure

17        of that, and so I -- yes, verbally I felt threatened.

18   Q.   Okay.  Other than the whatever he was saying that you

19        couldn't understand, I'm asking if there's any specific

20        thing he said to you that you're going to testify to in

21        this case that made you feel threatened, any specific

22        words that you can tell me.

23   A.   No, sir.

24   Q.   Okay.  You understood that if you felt -- or you

25        understood that if Lee had attacked you physically, you
```

Reported By: Rebecca J. Huddy                www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208      (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 20 of 34

1   Q.   Do you remember what his head did?

2   A.   I do not, no, sir.

3   Q.   Do you remember whether it flopped backwards?

4   A.   I don't think it did.  I can't remember, though, no,

5        sir.

6   Q.   Okay.  You can't remember whether he could control his

7        head when you lifted him up by his armpits?

8   A.   No, sir.

9   Q.   Do you remember his arms moving at all after he fell?

10  A.   No, sir, I mean, I wasn't looking for -- looking at his

11       arms and -- because I didn't think that the incident

12       was this bad, you know.  I didn't think it was going to

13       turn out that bad, so I wasn't prepared to look for

14       that at the time, so no, sir, I don't recall his arms

15       moving or not moving.

16  Q.   Okay.  Were you underage at this time?

17  A.   Yes, sir.

18  Q.   Do you know how many underage people were drinking at

19       that party other than you?

20  A.   Probably about a third of them.

21  Q.   And was this a typical fraternity party?

22            MR. HARTZOG:  Objection.

23            MR. TIERNEY:  Objection.

24  A.   No, it wasn't -- it wasn't -- you know, it wasn't -- it

25       was inside because it was cold and rainy outside, so

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 21 of 34

```
 1       something we went over in every Chapter or whatnot.
 2   Q.  Were there certain people at Lambda Chi that were
 3       responsible for registering the official registered
 4       Lambda Chi parties when you had those?
 5   A.  It was usually either the President or the Epsilon,
 6       which is the Social Chair.
 7   Q.  And do you personally know what the President and the
 8       Epsilon would be required to do to register a party
 9       with the university?
10   A.  I just know they have to fill out some paperwork and
11       send it to the Greek life office, but I don't know what
12       the paperwork states.
13   Q.  Okay.  Because you had somebody else at Lambda Chi that
14       was doing that, you didn't have to know all those
15       things; is that right, yourself?
16   A.  Yes, sir.
17   Q.  But you knew that somebody there had to know those
18       rules and comply with them?
19   A.  Yes, sir.
20   Q.  And you knew that there were written forms that had to
21       be filled out for the university and turned in before
22       you could have a Lambda Chi party?
23   A.  Yes, sir, a registered party.
24   Q.  A registered party.  And you knew that to have a
25       registered party at the Lambda Chi house, you had to
```

Reported By: Rebecca J. Huddy                    www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208    (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 22 of 34

1   Q.   And you're not aware of any complaints about noise that

2        night?

3   A.   No, sir.

4   Q.   And you had no visits from the police that night before

5        this incident happened?

6   A.   I don't remember any, no, sir.

7   Q.   And 211, for the record, is off campus, isn't it?

8   A.   Yes.

9   Q.   And so are all these other places that you described

10       where Lambda Chi's live and where y'all might have had

11       gotten together for parties?

12  A.   Yes, sir.

13  Q.   They're all off campus?

14  A.   Yes, sir.

15  Q.   The only Lambda Chi facility that is known as Lambda

16       Chi that's on campus is the Lambda Chi house that's got

17       the letters on the outside; isn't that right?

18  A.   Yes, sir.

19  Q.   Did 211 have any Lambda Chi markings on the outside of

20       it?

21  A.   No, sir, not on the outside.

22  Q.   Did any of these other off-campus places where Lambda

23       Chi's live?

24  A.   No, sir.

25  Q.   And so this party, whatever you want to call this party

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 23 of 34

John Lee Mynardt v. Elon University, et al.
John F. Cassady

08-CVS-7917
March 11, 2009

Page 124

1      you had at 211 that night, you definitely did not

2      register this party with the university, did you?

3   A.  No, sir.

4   Q.  And you're not aware of anybody notifying any Elon

5       official that this party was taking place that night,

6       are you?

7   A.  I'm not aware, no, sir.

8   Q.  Was the front door to that house the one that faced the

9       street?  Is that what you call the front door?

10  A.  Yes.

11  Q.  And was that door open that night?

12  A.  It wasn't.  We blocked that door off just to control

13      the traffic in and out of the house and, you know, kind

14      of control who was coming in and out, and so we just

15      blocked it off with a table, I believe.

16  Q.  Okay.  So it really -- you would have had to go way out

17      of your way to even open that door at all that night?

18  A.  Yes, sir.

19  Q.  And so the door that -- if anybody came in and out of

20      that house at night, they came in and out of that side

21      door which has been marked on Exhibit 6 as the one at

22      the kitchen?

23  A.  Yes, sir.

24  Q.  And that door does not face the street?

25  A.  No, sir, it doesn't.

Reported By: Rebecca J. Huddy                    www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208    (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 24 of 34

John Lee Mynardt v. Elon University, et al.
John F. Cassady

08-CVS-7917
March 11, 2009

Page 128

1      because it wasn't registered, I didn't see it being a

2      fraternity event.  Looking back on it, it's hard to

3      really tell if it was or wasn't considered that to me

4      and I might have said that, yes, sir.

5  Q.  And looking back on it, isn't it also true whether it

6      was an official event or a non-official event, isn't it

7      also true that looking back on it, whether it was a

8      fraternity party by the Chapter or just a party

9      sponsored by the tenants, you and your other roommates?

10     Isn't that also true?

11          MR. DANIEL:  Object to form.

12  A.  Can you repeat that, I'm sorry.

13  Q.  Right, sure.  You've been making a distinction in your

14      testimony between an official fraternity event.  Why

15      don't you tell me, what do you think an official

16      fraternity event is?

17  A.  Like I said, when I hear official fraternity event, I

18      think of a registered event, something that is

19      registered.  Usually it's at the fraternity house.  It

20      could be elsewhere, an event with a sorority that we

21      do, you know, you might have a mixer thing at a bar or

22      just a bowling alley, any kind of event like that.

23      It's registered and the fraternity sponsors it as a

24      whole.  Lambda Chi Alpha, Elon sponsors it when it's

25      like that, but when it's at an individual's house, then

Reported By: Rebecca J. Huddy          www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208   (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 25 of 34

```
 1        it's not sponsored if it's not registered.
 2   Q.   And by sponsored and registered, you mean actually
 3        filling out forms?
 4   A.   Yes, sir.
 5   Q.   And for an official event where you have to fill out
 6        these forms, were there forms you had to send to Elon?
 7   A.   I believe so.
 8   Q.   Were there also forms you had to send to Nationals?
 9   A.   I believe so also.
10   Q.   Now, at the time this happened, you had previously been
11        what, the Treasurer?
12   A.   Previously been the Treasurer, yeah.
13   Q.   And you were not responsible as Treasurer for filling
14        out any of these forms whether to Elon or to Nationals?
15   A.   That was mainly the Secretary's job.  If he needed a
16        check to go to Nationals for fraternity National dues,
17        then I would, you know, write that, but I didn't have
18        any context of filling out the paperwork.
19   Q.   All right.  That was somebody else's job to do that?
20   A.   Yes, sir.
21   Q.   All right.  And as far as who the Iota was, who was the
22        Iota at the time of this incident?
23   A.   Like I said, we were just starting our new positions
24        and I believe it was Phil Collins, but the previous
25        Iota was Mark Horsbourgh.
```

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 26 of 34

Page 137

1    A.   I like kicked.  That sounds good, like he said.

2    Q.   Kicked, okay.  Youngest lawyer in the room got it

3         right.  Okay.  All right.  So what I'm trying to get a

4         fix on is, when the keg was empty or kicked and -- what

5         time did the bars close in February of '07, do you

6         remember?

7    A.   They closed at 2:00.

8    Q.   Okay.  And do you recall anybody leaving the party to

9         go to get a drink at a bar because the keg was kicked?

10   A.   I don't think so.

11   Q.   Okay.  Do you believe based on your recollection

12        sitting here today of everything else, was that keg

13        kicked before 2:00 a.m.?

14   A.   It's possible it could have been a little bit after.

15        Like I said, the event happened about 2:30 or 3:00 and

16        I remember sitting in the room at least for, you know,

17        ten or fifteen minutes at least, maybe more, and that

18        time frame might not be exactly right, but it should be

19        close.  It could have been a little after 2:00, though,

20        possibly.

21   Q.   All right.  Do you know what time Mynhardt and Kelly

22        arrived at the party?

23   A.   I do not, no, sir.

24   Q.   Did you ever see either of them pour a beer out of the

25        keg or drink any beer at the party?

Reported By: Rebecca J. Huddy                        www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208    (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 27 of 34

```
 1   Q.   Okay.  So during that five to ten minutes that you were
 2        standing outside the bathroom door, thinking back on
 3        it, was there any way there could have been 20 people
 4        in the kitchen and living room and you not notice that?
 5   A.   No.
 6             MR. DANIEL:  Object to form.
 7   A.   I don't see that happening at all, not at all.
 8   Q.   Okay.  All right.  Let's go back to the rent for 211
 9        Lee Street.  Did you sign the lease?
10   A.   Yes, sir.
11   Q.   Okay.  To your knowledge, did your other two roommates
12        sign the lease?
13   A.   Yes, sir.
14   Q.   And were you and your two roommates the only people
15        that paid rent?
16   A.   Yes, sir.
17   Q.   So the Delta Pi Chapter did not chip in any money to
18        help you and your roommates pay rent at 211 Lee, did
19        they?
20   A.   No, sir.
21   Q.   All right.  And the same thing with Nationals,
22        Nationals didn't pay any money to help you pay the rent
23        at 211 North Lee?
24   A.   No, sir.
25   Q.   All right.  That was a private home that you and your
```

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 28 of 34

Page 141

 1        roommates signed a lease contract for, correct?

 2   A.   Yes, sir.

 3   Q.   Okay.  And Nationals didn't sign that lease, did they?

 4   A.   No, sir.

 5   Q.   Okay. Did Delta Pi Chapter sign that lease?

 6   A.   No, sir.

 7   Q.   The incident that you talked about with the beer pong

 8        and the social probation, did that happen at the

 9        Chapter house on campus?

10   A.   I believe so, yes, sir.

11   Q.   Okay.  And there is only one Chapter house, right?

12   A.   Yes, sir.

13   Q.   Okay.  And that is a Chapter house that is the official

14        Chapter house on campus?

15   A.   Yes, sir.

16   Q.   And there's letters outside to signify that this is the

17        Lambda Chi house?

18   A.   Yes, sir.

19   Q.   Okay.  Let's talk about representatives from Nationals

20        that came down to actually visit the Chapter.  How

21        frequently did that occur?

22   A.   Once a semester.

23   Q.   All right.  And was there a particular name for the

24        person from Nationals that came by to visit?

25   A.   I can't think of it.  It's like the field advisor or --

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 29 of 34

1        bit and I didn't want to get involved in a fight or

2        anything, so --

3    Q.  All right.  Now, there's been some testimony from Mary

4        Kelly in her deposition yesterday that people in the

5        hallway were banging and yelling and screaming

6        obscenities for them to get out of the bathroom.  Did

7        that happen, do you remember?

8    A.  Like I said, I -- the third time that I yelled, I

9        yelled pretty loud to get the fuck out of my house.  I

10       was upset and wanted them out of the house.

11   Q.  Okay.

12   A.  So that's -- I imagine that's what she heard or whoever

13       heard.

14   Q.  All right.  Well, was there anything at all involved in

15       this event that you wanted Lee Mynhardt out of the

16       house because the tenants of the home were members of

17       Lambda Chi fraternity?

18   A.  That didn't cross my mind when it was going on, no,

19       sir.

20   Q.  Okay.  And Clint Blackburn, is he a Lambda Chi?

21   A.  No, sir.

22            MR. TIERNEY:  All right.  I believe that's all

23       I have.  Thank you.

24            MR. PETTY:  Do y'all want to break for lunch

25       real quick?

Reported By: Rebecca J. Huddy                          www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208   (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 30 of 34

```
 1        them was asleep and one of them wasn't there and I felt
 2        an obligation since it was my house -- I mean, if
 3        something ever happened at another house and if one of
 4        my friends was involved and, you know, if he needed my
 5        help, I mean, obviously I would help him, but I don't
 6        think I would feel an obligation to do that.
 7   Q.   Okay.  And when Mr. Blackburn was -- had Mr. Mynhardt
 8        in either a bear hug or the full nelson, were you ever
 9        punching him?
10   A.   No, sir.
11   Q.   Did you ever punch him?
12   A.   No, sir.
13   Q.   Did you ever kick him?
14   A.   No, sir.
15   Q.   Other than either moving him in or moving him out, did
16        you ever touch Mr. Mynhardt?
17   A.   That was the only time I touched him, yes, sir.
18   Q.   Okay.  And when Ms. Kelly was asking for the address or
19        when EMS came or the police came, do you ever recall
20        anyone saying that this was the KA house?
21   A.   Not that night.  I remember the next day I went to the
22        Wing Bowl, although I didn't really -- I didn't really
23        go in, but I remember talking to someone there that
24        said -- they said, Something happened at Brown House,
25        too, which is the KA house, parallel to my house on the
```

Reported By: Rebecca J. Huddy                              www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208        (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 31 of 34

 1  Q.  Okay.  How long --

 2  A.  -- but -- I mean, after a few minutes, I mean,

 3      everybody for a few minutes was just trying to tell him

 4      to get up and get out and it just seemed like it was

 5      probably about five, five to ten -- I don't know time

 6      at that point.  It was like five to ten minutes, I'd

 7      say.

 8  Q.  Maybe hard to estimate how much time --

 9  A.  Yeah, yeah, I'm sorry.

10  Q.  And it sounds like -- if I'm understanding you

11      correctly, it sounds like everybody's attitude at that

12      time was -- nobody really thought that Lee was hurt?

13  A.  No, not at first.  I mean, I definitely didn't,

14      thinking -- I didn't know him and he started kind of

15      being aggressive towards me and I thought he seemed a

16      little belligerent and I didn't believe him, thought he

17      might be a little stunned.  I saw his head hit hard,

18      like I said, and I didn't believe him at the time, no.

19  Q.  From your point of view, the party was over at that

20      point?

21  A.  Yes, sir.

22  Q.  And you wanted him out of the house?

23  A.  Yes, sir.

24  Q.  And if I'm understanding you right, you remember that

25      Chad Caldwell assisted you in moving him from where

```
 1        you've drawn his body towards the side door?
 2   A.   He had just -- we moved him with his feet first towards
 3        the door, yes, sir.
 4   Q.   Okay.  And it's your recollection it was Chad Caldwell
 5        who got -- that had the feet?
 6   A.   Yes, sir, I'm pretty sure.
 7   Q.   Okay.  Now, on that point, you had some conversations
 8        with the police about moving Lee Mynhardt after he'd
 9        fallen down.  Do you remember that?  Do you remember
10        talking to the police about that?
11   A.   That night or --
12   Q.   No, like February, maybe -- I think you talked with the
13        police -- I've got transcripts of an interview February
14        3 and another one February 5.
15   A.   Yes, sir.
16   Q.   Okay.  And my review of those transcripts is that you
17        were unable to remember when you were talking to the
18        police who it was that helped you move Lee.
19   A.   That's possible.  I remember thinking it was either
20        Brady or Chad, because their build seems very similar,
21        but I thought I remembered it being Chad, and I don't
22        know -- remember if I said that or not in those -- but
23        I'm pretty sure I remember it being Chad that helped me
24        pick him up, move him a couple feet.
25   Q.   And how far off the ground do you believe -- and we'll
```

Reported By: Rebecca J. Huddy                         www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208    (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 33 of 34

```
 1        use Lee's butt, since that would have been halfway

 2        between you and Chad if you were the two moving him.

 3   A.   All right.

 4   Q.   How far off the ground do you believe Lee's fanny got?

 5   A.   We didn't ever lift him up, you know, real high, just

 6        far enough off the ground where he wasn't dragging just

 7        to get him up maybe a couple feet off the ground.

 8   Q.   And be as specific as you can as to how far you

 9        remember moving him at that point.

10   A.   Well, in the picture, if he's here, we moved him to --

11        his -- one or both, I'm not positive, of his legs were

12        out the door, out the threshold of the door, and I'd

13        say that's probably a yard and a half or so.

14   Q.   Now, with respect to one or more of his legs being out

15        the door, are you talking -- how much of the legs do

16        you remember being out?

17   A.   I just -- I remember when we -- a little bit later on,

18        I can't remember even who did it, Mary Kate was like,

19        His legs are outside or one of his legs are outside,

20        he's cold, put his leg back inside, and I can't

21        remember who did that, but -- so it wasn't very far.  I

22        mean, it wasn't -- it was a foot maybe out the door,

23        the leg was.

24   Q.   Okay.  And that's what I wanted to get into next.  Were

25        there sort of two separate things that happened, one,
```

Reported By: Rebecca J. Huddy                    www.huseby.com
HUSEBY, INC. - 1230 W. Morehead Street, #408, Charlotte, North Carolina 28208    (800) 333-2082

Case 1:09-cv-00765-CCE-LPA   Document 54-11   Filed 02/20/12   Page 34 of 34