List of people that attended the event at my house on Friday, February 2/ Saturday February 3, 2007
Updated: 7/28/2008

(check spelling of names?)     Jack

Attendee

| First Name | Last name | M/F | approx Time Known? | Roomate? | Student? | Jack's relationship? | Fraternity Position? | approx time arrived? | approx time departed? | |
|---|---|---|---|---|---|---|---|---|---|---|
| Alex | Acree | M | | | Elon | In fraternity | No | 11:00 | midnite | |
| Jenna | Bailey | F | spring 2006 | | Elon | My friend, good friend of all brothers, dated Pat Jeffries | | | | |
| Phil | Bartholomew | M | | | Elon | New member recruit | | 10:30 | | |
| Zac | Benjamin | M | | | Elon | Knows a lot of our brothers, always around fraternity | | 11:30 | | |
| Clint | Blackburn | M | | | UNCG | Friend from home | | 10:00 | | |
| Robin | Buzby | F | fall 2005 | | Elon | David Well's girlfriend | | 11:00 | | |
| Chad | Caldwell | M | | | Elon | Friend from home (also Elon student) | | 10:00 | | |
| Kristen | Caiosardo | F | fall 2005 | | Elon | My friend, good friend of all brothers | | 11:00 | | |
| Jack | Cassady | M | | Yes | Elon | In fraternity | Vice President / Past Treasurer | 8:00 | slept at house | |
| Dillion | Catonne | M | | | Elon | New member recruit | | | | |
| Stewie | Claytor | F | spring 2006 | | Elon | friend, Jack date | | | | |
| Phil | Collins | M | | | Elon | In fraternity | Secretary | 10:30 | | sober driver for the night |
| Ashley | Corkery | F | | | Elon | Brandon Hicks girlfriend | | | | |
| Ben | Crisafulli | M | | | Elon | In fraternity | No | 10:30 | | |
| Doug | Dushuttle | M | spring 2005 | | Elon | In fraternity | Past Rush Chair | 8:00 | 1:30 | |
| Kelly | Figers | F | | | Elon | Kevin Ware's girlfriend | | | | |
| Andrew | Fish | M | | | Elon | New member recruit | | | | |
| Josh | Fletcher | M | | | Elon | In fraternity | No | 9:00 | midnight | |
| Andy | Fox | M | spring 2005 | | Elon | In fraternity | Alumni Advisor / Past Vice President | 11:00 | midnight | |
| Will | Hartness | M | | | UNCG Grad | Friend from home | | 10:00 | | |
| Brandon | Hicks | M | | | Elon | In fraternity | Past Ritualist / Past Social Chair | 11:00 | 2:30 | |
| Tom | Hollerman | M | fall 2006 | | Elon | Knows a lot of our brothers | | | | |
| Pat | Jeffries | M | fall 2004 | | Elon | In fraternity | Past President | 11:30 - 1:00 | 3:30 - 4:30 | |
| Kristen | Jennings | F | | | Elon | Fraternity Sweetheart | Fraternity Sweetheart | 10:30 | | |
| Liz | Joy | F | | | Elon | My friend, past Jack formal date | | 11:00 | | |
| Lauren | Kelly | F | | | Elon | My friend, good friend of all brothers | | 11:00 | | |
| Josh | Lapidos | M | | | Elon | New member recruit | | 10:15 | 12:15 | |
| Jackie | Lewis | F | fall 2006 | | Elon | Doug Dushuttle's girlfriend | | 10:30 | | |
| Lauren | Limerick | F | | | Elon | Meredith's little sorority sister | | 10:30 | | |
| Brady | Long | M | | | Elon | In fraternity | No | | | |
| Jen | Marshall | F | fall 2006 | | Elon | next door neighbor, Roomates Liz and Kacey | | | | |
| Brian | McElroy | M | spring 2005 | Yes | Elon | In fraternity | No | 8:00 | to sleep at house 2:30 | |
| Jack | McMacklin | M | | | Elon | In fraternity | Treasurer | 10:00 | 11:30 | |
| Jess | Mickler | F | spring 2006 | | Elon | My friend | | 11:00 | | |
| Hank | Miller | M | | | Elon | In fraternity | Past New Member Educator | 11:00 | 2:30 | |
| Joey | Milo | M | 8/2004 | | Elon | In fraternity | New Member Educator | 10:00 | 12:30 | |
| Rob | Olson | M | fall 2004 | | Elon | In fraternity | Social Chair / Past Vice President | 9:00 | 3:00 | |
| Chris | Peal | M | | | Elon | New member recruit | | 10:30 | | |
| Gentry | Radwanski | M | | | Elon | In fraternity | External Vice President | In and out throughout the night. Sober Driver for night | | |
| Anne Carroll | Ratcliffe | F | fall 2004 | | Elon | Jack past date, good friend | | 11:00 | | |
| Jordan | Seaver | F | fall 2006 | | Elon | My friend, roomate of Doug DuShuttle & Mike Carnicelli girlfriends | | 10:30 | | |
| Raegan | Shaw | F | spring 2006 | | Elon | neighbor across street | | | | |
| Chris | Shoemaker | M | | | Elon | In fraternity | Past Secretary | | | |
| Liz | Shomo | F | fall 2006 | | Elon | next door neighbor, Roomates Kacey and Jen | | | | |
| Chris | Speasmaker | M | spring 2006 | | Elon | In fraternity | No | 9:00 | 1:00 | |
| Peter | Ustach | M | spring 2006 | | Elon | In fraternity | No | 9:30 | 2:00 | |
| Elizabeth | Vanderwerker | F | | | Elon | | | | | |
| Kevin | Ware | M | | | Elon | In fraternity | No | | | |
| David | Wells | M | fall 2004 | Yes | Elon | In fraternity | Educational Chair | 8:00 | 1:00 | |
| Kacey | Wells | F | spring 2006 | | Elon | next door neighbor, Roomates Liz and Jen | | 10:30 | | |
| Meredith | Whitley | F | | | Elon | My friend, past Jack date | | 10:30 | | |
| Lauren | Yatko | F | | | Elon | My friend, good friend of all brothers | | 11:00 | | |
| | | | | | | | | | | |
| Lee | Mynhardt | F | never seen before | | Elon | none known | | ? | 3:00 | |
| Mary Kate | Kelly | M | never seen before | | Elon | none known | | ? | 3:00 | |