NORTH CAROLINA

GUILFORD COUNTY

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
08 CVS 7917

JOHN LEE MYNHARDT,
    Plaintiff,

v.

ELON UNIVERSITY, LAMBDA CHI ALPHA, INC., DELTA PI CHAPTER OF LAMBDA CHI ALPHA, AND CLINTON JOSEPH BLACKBURN, JOHN FERRELL CASSADY, CHARLES KENNETH CALDWELL, JR., DAVID WILLIAMSON WELLS, LINWOOD BRADY LONG, BRIAN THOMAS McELROY, WILLIAM JOSEPH HARTNESS, AND ROBERT LAWRENCE OLSON, also known as ROBERT S. OLSON, JR.,
    Defendants.

DEFENDANT DELTA PI CHAPTER OF LAMBDA CHI ALPHA'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

*Court Code: Resp INT/RPD*

TO:   MR. A. L. BUTLER DANIEL
      ANDERSON, DANIEL & ASSOCIATES
      POST OFFICE BOX 1309
      WRIGHTSVILLE BEACH, NORTH CAROLINA 28480
      *and*
      MR. MICHAEL S. PETTY
      THE LAW OFFICES OF MICHAEL S. PETTY
      POST OFFICE BOX 2298
      RALEIGH, NORTH CAROLINA 27602
      *Attorneys for Plaintiff*

NOW COMES defendant, Delta Pi Chapter of Lambda Chi Alpha, by and through its undersigned counsel, and herewith serves upon you the following responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents which were served upon this defendant along with the Summons and original Complaint in this action. Such answers appear in the spaces provided therefor following each interrogatory or request for production, respectively.

## GENERAL OBJECTIONS

1. Defendant objects to the "Instructions" and "Definitions" to these interrogatories and requests to the extent they seek to impose obligations to gather information and to supplement responses beyond the scope of the North Carolina Rules of Civil Procedure.

2. Defendant objects to and will not employ the "Instructions" and the "Definitions" to these interrogatories and requests to the extent that they seek to impose duties and obligations in addition to or beyond those provided by the discovery provisions of the North Carolina Rule of Civil Procedure and other applicable laws.

3. Without waiving this objection, these responses were prepared in accordance with the applicable Rules of Civil Procedure, not instructions from another party.

4. The social gathering/party/incident/occurrence at 211 North Lee Avenue on February 2-3, 2007, was not a Delta Pi chapter fraternity function. To the extent these interrogatories and request for production of documents assert or imply otherwise, such assertion/implication is denied. In responding to any discovery that refers to the social gathering/party/incident/occurrence at 211 North Lee Avenue on February 2-3, 2007, this defendant does not waive this objection.

- 2 -

Case 1:09-cv-00765-CCE-LPA   Document 54-23   Filed 02/20/12   Page 2 of 6

## RESPONSES TO FIRST SET OF INTERROGATORIES

1. State the names and addresses of all Delta Pi chapter officers including, but not limited to, High Alpha, High Beta, High Theta, High Epsilon, High Iota, High Pi, House Manager, Risk Management Task Force, on February 2-3, 2007.

RESPONSE:

| POSITION | NAME | LAST KNOWN HOME ADDRESS |
|---|---|---|
| High Alpha: President | Michael Carnicelli | 4184 Arbourfield Drive, Ontario, CA |
| High Beta: VP | Jack Cassady | 2624 S Scales Street, Reidsville, NC |
| High Theta: VP | Gentry Radwanski | 335 Mail Route Road, Reading, PA |
| High Epsilon: Social | Robert Olson | PO Box 212, Westhampton Beach, NY |
| High Iota: Risk | Derek Chimner | 134 Meade Avenue, Pittsburgh, PA |
| High Pi: Alumni | Neil Forand | Unknown |
| House Manager | Robert Olson | See address above |
| Risk Management Task Force | Michael Carnicelli, Robert Olson, Derek Chimner | See addresses above |

2. State the names and addresses of all undergraduate Delta Pi chapter members on February 2-3, 2007.

RESPONSE:

| NAME | LAST KNOWN HOME ADDRESS | OFFICE |
|---|---|---|
| Alex Acree | 15 Lindstead Road, Severna Park, MD 21146 | |
| William Black | 1253 Berry St., Pittsburgh, PA 15204 | Fall 2006, House Manager |
| Michael Carnicelli | 4184 Arbourfield Drive, Ontario, CA | Fall 2006, Rho; Spring 2007, Alpha |
| John Cassady | 2624 S Scales Street, Reidsville, NC 27320 | Fall 2006, Tau; Spring 2007, Beta |

- 3 -

| Name | Address | Pledge Info |
|---|---|---|
| Derek Chimner | 134 Meade Avenue<br>Pittsburgh, PA 15202 | Spring 2007, Iota |
| Phillip Collins | 4321 Stillwood Ave.<br>Kingsport, TN 37664 | Fall 2006, Iota |
| Benjamin Crisafulli | 13401 Beall Creek Ct<br>Potomac, MD 20854 | |
| Douglas DuShuttle | 6 May Drive<br>Bethany Beach, DE 19930 | Fall 2006, Delta |
| Gary Fletcher | 11 Oyster Bay Drive<br>Rumson, NJ 07760 | |
| Andrew Fox | 2912 Spring Water Drive<br>Toledo, OH 43617 | |
| Linwood Long | 7816 Seton House Lane<br>Charlotte, NC 28277 | |
| John McMackin | 5 W Melrose Street<br>Chevy Chase, MD 20815 | |
| Joey Milo | 48 Main Street, Ste A<br>Westhampton Beach, NY 11978 | |
| Robert Olson | PO Box 212<br>Westhampton Beach, NY 11978 | Fall 2006, Beta<br>Spring 2007, Epsilon and House Manager |
| Gentry Radwanski | 335 Mail Route Road<br>Reading, PA 19608 | Spring 2007, Theta |
| Jeffrey Schointuch | 24800 Hollybrier Lane<br>Bonita Springs, FL 34134 | Fall 2006, Epsilon |
| Christopher Shoemaker | 3757 Elm Terrace<br>Hellertown, PA 18055 | Fall 2006, Theta |
| Chris Speasmaker | 335 Bloomfield Road<br>Charlottesville, VA 22903 | |
| Peter Ustach | 110 Uvy Lane<br>Beaufort, NC 28516 | |
| David Wells | 6717 Cristina Court<br>Charlotte, NC 28270 | |
| Victor Wisniewski | 327 Barbara Drive<br>Point Pleasant Beach, NJ 08742 | |
| Andrew Youssef | 14 Summer Sprig<br>Spring, TX 77380 | |
| Raymond Yozwiak | 2040 Bridgeport Drive<br>Lexington, KY 40502 | |

3. State the names, addresses and birthdates of all Delta Pi chapter members who attended the party at 211 North Lee Avenue on February 2-3, 2007.

- 4 -

RESPONSE: The party at 211 North Lee Avenue was not a fraternity function. However, upon present information and belief, the individuals who were present at the party, including Jack Cassady would have knowledge of who was present at 211 North Lee Avenue.

4. State the names and addresses of all Alumni Advisory Board members for the school years 2004-2005, 2005-2006, and 2006-2007.

RESPONSE: This Defendant does not have this information.

5. State the names and addresses of all Lambda Chi Alpha Consultants that were in communication with the Delta Pi Chapter of Lambda Chi Alpha during the school years 2004-2005, 2005-2006, and 2006-2007.

RESPONSE: Defendant objects to this interrogatory in that the information requested is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving such objection the Consultants during 2006-2007 were, upon present, information and belief Michael Blow and Matt Roy. This defendant does not have their addresses.

6. State the names and addresses of all Lambda Chi Alpha members who were not members of the Delta Pi chapter who attended the party at 211 North Lee Avenue on February 2-3, 2007.

RESPONSE: The party at 211 North Lee Avenue was not a fraternity function. It is unknown as to whether there were any Lambda Chi Alpha members who were not members of the Delta Pi Chapter who attended such party.

7. State the names of all non-fraternity members who attended the party at 211 North Lee Avenue on February 2-3, 2007.

RESPONSE: The party at 211 North Lee Avenue was not a fraternity function. Upon present information and belief, the plaintiff was at such party as was the girl who accompanied the plaintiff. Otherwise, it is unknown who attended such party.

8. State the type, quantity and location of all alcoholic beverages that were available to members and guests at the party at 211 North Lee Avenue on February 2-3, 2007.

   RESPONSE: The party at 211 North Lee Avenue was not a fraternity function. Upon present information and belief, beer was available.

9. State the names and addresses of all persons who purchased alcoholic beverages that were available to members and guests at the party at 211 North Lee Avenue on February 2-3, 2007.

   RESPONSE: The party at 211 North Lee Avenue was not a fraternity function. It is unknown who purchased beverages.

10. State the name and address of the Delta Pi chapter member who was required to submit or who submitted any 8-page Event Planning Forms for the school year 2006-2007 requesting General Fraternity approval.

    RESPONSE: The individual who was responsible for submitting such form during the Fall of 2006 was Jeffrey Schointuch. The individual who was responsible for submitting such form during the Spring of 2007 was Robert Olson.

11. State the name and address of the Delta Pi chapter member who completed any 8-page Event Planning Forms for the school year 2006-2007.

    RESPONSE: Such forms would have been completed by Jeffrey Schointuch during the Fall of 2006 and Robert Olson in the Spring of 2007.

12. State the names and addresses of all persons assigned to act as party monitors at the party at 211 North Lee Avenue on February 2-3, 2007.

    RESPONSE: As this was not a fraternity function there were no monitors assigned.

13. State the names and addresses of all Delta Pi chapter members who were members of the Risk Management Task Force during the 2006-2007 school year.