BY-LAWS

Delta Pi Zeta
Lambda Chi Alpha
Elon College
November 16, 1993



ARTICLE I

NAME

Section 1. This body shall be officially known and designated as Delta Pi Zeta Chapter of Lambda Chi Alpha at Elon College.

ARTICLE II

OBJECTS ENUMERATED

Section 1. The objects of this chapter shall be:

To maintain at Elon College, an undergraduate unit of Lambda Chi Alpha in accordance with its ideals, standards, traditions, and laws as set forth in its Ritual, Constitution, Statutory Code, Grand High Zeta edicts, and the authorized rulings and orders of its general officers.

ARTICLE III

LAWS ENUMERATED

Section 1. This chapter shall be governed by the following laws:

(1) CONSTITUTION AND STATUTORY CODE
(2) RITUAL
(3) ORDERS OF THE GRAND HIGH ZETA
(4) COLLEGE REGULATIONS
(5) CHAPTER BY-LAWS
(6) CHAPTER MINUTES
(7) INTERFRATERNITY COUNCIL REGULATIONS
(8) EXECUTIVE COMMITTEE REGULATIONS
(9) OFFICER REGULATIONS AS PRESCRIBED BY THE OFFICER MANUALS

|              |                |
|--------------|----------------|
| Secretary    | High Gamma     |
| Treasurer    | High Tau       |
| Risk Manager | High Iota      |
| Fraternity Educator | High Kappa |
| Recruitment Chairman | High Delta |
| Ritualist    | High Phi       |
| Scholarship Chairman | High Sigma |
| Social Chairman | High Epsilon |
| Alumni Secretary | High Rho   |

Section 2. The following administrative assistants may be appointed by the High Alpha, with the approval of the Executive Committee, unless it is elsewhere specified that they shall be selected in a different manner:
   (1) CROSS & CRESCENT Correspondent
   (2) Athletic director
   (3) Philanthropy Chairman
   (4) Historian
   (5) Sergeant at Arms
   (6) Any Representative to different groups on the campus

Section 3. Regular election to active offices shall be held annually starting in November and running for the time of one year until the following November. Nominations will be held the first meeting in November. Elections will be held the second meeting in November. Installations will be held the third meeting in November.

Section 4. Unexpired terms shall be filled by election as soon as possible following the creation of a vacancy in the said office. This section shall not limit the powers of the Executive Committee under <u>Statutory Code</u> IV-29.

Section 5. The Official Delegate to the Leadership Seminar of the General Assembly shall be elected by the undergraduate chapter and shall have at least one full year of college work before graduation, except in special cases approved by the Grand High Zeta. He shall be an active member in good standing.

Section 6. The High Alpha shall appoint a member to be correspondent to THE CROSS & CRESCENT. It shall be his duty to furnish to THE CROSS & CRESCENT such material as shall be requested.

Section 7. The duties of the Athletic Director shall be as follows:
   (1) He shall be in charge of all sporting events.
   (2) He shall supervise intramural sports.

## ARTICLE VIII

### VOTING PROCEDURE FOR ASSOCIATE MEMBERSHIP

Section 1.  The criteria for candidates shall be as followed:
  (1) The desire to join (attendance at rush events)
  (2) Current G.P.A. above current specifications
  (3) Desirable personality
  (4) Decent campus involvement
  (5) Reputation as a gentleman

Section 2.  Brothers will have one hour to compare names on the master prospect list so that all brothers will be aware of who is up for consideration.

Section 3.  Prior to voting, the floor will be open to extend bids by acclimation or to terminate consideration of a certain prospect. If there is any opposition, the prospect will be voted upon.

Section 4.  The floor will then be open for the first candidate and voting for associate membership will proceed as follows:
  (1) There will be three brothers allowed to convey negative comments about the candidate in question. Each brother will only be allowed on minute to speed the voting process.
  (2) Following, positive comments shall be entertained in alliance with previous section.
  (3) The percentage of positive votes will be divided by the total number of brothers present and voting, minus any abstentions. This number will then have to be over 80 percent for the candidate to receive a bid.
  (4) After all voting is completed, the floor will then be reopened for any brother wishing to have the body's reconsideration of a candidate. If a division occurs, the majority of the body will be needed to reconsider.

## ARTICLE IX

### INITIATION

Section 1.  The date and time of each initiation shall be designated by the Executive Committee upon recommindation of the High Phi.

Section 2.  This Chapter shall associate, initiate, and educate men only in strict accordance with the Laws of the Fraternity.

Section 3. Every undergraduate, initiated member shall be required to attend, and participate in, when necessary, all degrees of the Ritual.

Section 4. A donation of $100.00 shall be given to the church of initiation.

## ARTICLE X

### FINANCES

Section 1. The handling of income and expense and the accumulation of assets shall be in accordance with the duly authorized budget.

Section 2. Active dues shall be set by the Executive Committee at the beginning of each term and shall be payable nine months out of the year, September through May, in addition to General Fraternity Active Dues.

Section 3. Each member and associate member shall be charged $4.00 per month, which sum shall be added to the Reserve Fund and which shall be used only for the purpose specified in Code VII-22.

## ARTICLE XI

### DISCIPLINE OF THE INDIVIDUAL MEMBER

Section 1. Each member if this chapter shall abide by the Laws of the Fraternity as defined in Article I, Section 3 of the Constitution, the By-Laws of this chapter, and acts of this chapter's Executive Committee and Officers as provided for by said laws. A member in violation of any of these laws is subject to disciplinary procedures and penalties.

Section 2. Penalties shall be in strict compliance with the Statutory Code as defined in Code X-2.

Section 3. Disciplinary powers of Executive Committee shall be in strict compliance with the Statutory Code as defined in Code X-3.

Section 4. Automatic suspension for financial delinquency shall be in compliance with Statutory Code X-15 excepting that the member shall be automatically suspended after the member is five calender days delinquent. During this five days delinquency the member shall not participate